Certificate Number: 16339-PAE-DE-041313376

Bankruptcy Case Number: 21-13054



16339-PAE-DE-041313376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2026</u>, at <u>3:30</u> o'clock <u>PM EDT</u>, <u>Francis Cross</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 11, 2026</u>        By:    <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:  <u>Certified Financial Counselor</u>