United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13054-amc
Francis X. Cross, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 13, 2026 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis X. Cross, Jr., 2318 S. 21st Street, Philadelphia, PA 19145-3418 |
| 14653811 | + | Burmans Medical Supplies, 6900 College Blvd., Ste 550, Overland Park, KS 66211-1596 |
| 14653814 | + | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14653828 | | Montgomery Medical Equipment, P.O. Box 825543, Philadelphia, PA 19182-5543 |
| 14653829 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14653832 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14653834 | | ProCo LLC, 700 Turner Way, Aston, PA 19014 |
| 14653838 | + | Trinity Health, PO Box 828323, Philadelphia, PA 19182-8323 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2026 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14653809 | ^ | MEBN | Aug 14 2026 01:44:09 | Arcadia Recovery Bureau, P.O. Box 6768, Wyomissing, PA 19610-0768 |
| 14653810 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14653118 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14659815 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, N.A., PO Box 982234, El Paso, TX 982234 |
| 14652826 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14653816 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14653817 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14653812 | | Email/Text: kellyp@ccpdocs.com | Aug 14 2026 01:49:00 | Cardiology Consultants of Philadelphia, 207 North Broad Street, 3rd Floor, Philadelphia, PA 19107-1500 |
| 14653813 | | Email/Text: ebn@carepayment.com | Aug 14 2026 01:49:00 | Carepayment, P.O. Box 9197, Coral Springs, FL 330759197 |
| 14653815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:23 | Citibank, Attn: Bankruptcy, PO Box 790034, St |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 14656024 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14653818 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2026 01:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14653819 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2026 01:49:00 | Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 14655154 | | Email/Text: mrdiscen@discover.com | Aug 14 2026 01:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14653820 | + | Email/Text: mrdiscen@discover.com | Aug 14 2026 01:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14653821 | | Email/Text: bankruptcycourts@equifax.com | Aug 14 2026 01:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14653822 | ^ | MEBN | Aug 14 2026 01:43:53 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14653823 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2026 01:48:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14653824 | ^ | MEBN | Aug 14 2026 01:44:29 | Jefferson Health, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14653825 | + | Email/Text: PHILAW@weltman.com | Aug 14 2026 01:48:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14654274 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 01:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14653826 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 01:48:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14653827 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 01:48:00 | Midland Funding, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14653833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 01:49:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14662716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 01:49:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14653830 | ^ | MEBN | Aug 14 2026 01:44:22 | Penn Medicine, PO Box 824406, Philadelphia PA 19182-4406 |
| 14653831 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2026 01:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14653835 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2026 01:48:00 | Radius Global Solutions, LLC, 7831 Glenroy Rd, Ste 250-A, Minneapolis, MN 55439-3117 |
| 14653836 | + | Email/PDF: clerical@simmassociates.com | Aug 14 2026 01:49:36 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14649606 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 01:49:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653837 | | Email/Text: DASPUBREC@transunion.com | Aug 14 2026 01:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 33

# BYPASSED RECIPIENTS

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 13, 2026 Form ID: 138OBJ Total Noticed: 41

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Francis X. Cross Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***Form 138OBJ*** (6/24)−doc 43 − 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Francis X. Cross Jr.<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 21−13054−amc<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 13, 2026

For The Court

Mohung Wong
Clerk of Court