United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13054-amc
Francis X. Cross, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: 3180W Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis X. Cross, Jr., 2318 S. 21st Street, Philadelphia, PA 19145-3418 |
| 14653811 | + | Burmans Medical Supplies, 6900 College Blvd., Ste 550, Overland Park, KS 66211-1596 |
| 14653814 | + | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14653828 | | Montgomery Medical Equipment, P.O. Box 825543, Philadelphia, PA 19182-5543 |
| 14653829 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14653832 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14653834 | | ProCo LLC, 700 Turner Way, Aston, PA 19014 |
| 14653838 | + | Trinity Health, PO Box 828323, Philadelphia, PA 19182-8323 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 03 2026 05:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14653809 | ^ | MEBN | Sep 03 2026 01:55:30 | Arcadia Recovery Bureau, P.O. Box 6768, Wyomissing, PA 19610-0768 |
| 14653810 | | EDI: BANKAMER | Sep 03 2026 05:58:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14653118 | | EDI: BANKAMER2 | Sep 03 2026 05:58:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14659815 | | EDI: BANKAMER | Sep 03 2026 05:58:00 | Bank of America, N.A., PO Box 982234, El Paso, TX 982234 |
| 14652826 | | EDI: BANKAMER | Sep 03 2026 05:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14653816 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14653817 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14653812 | | Email/Text: kellyp@ccpdocs.com | Sep 03 2026 02:03:00 | Cardiology Consultants of Philadelphia, 207 North Broad Street, 3rd Floor, Philadelphia, PA 19107-1500 |
| 14653813 | | Email/Text: ebn@carepayment.com | Sep 03 2026 02:03:00 | Carepayment, P.O. Box 9197, Coral Springs, FL 330759197 |
| 14653815 | + | EDI: CITICORP | Sep 03 2026 05:58:00 | Citibank, Attn: Bankruptcy, PO Box 790034, St |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 14656024 | | EDI: CITICORP | Sep 03 2026 05:58:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14653818 | + | Email/Text: bankruptcy@philapark.org | Sep 03 2026 02:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14653819 | + | EDI: CCS.COM | Sep 03 2026 05:58:00 | Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 14655154 | | EDI: DISCOVER | Sep 03 2026 05:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14653820 | + | EDI: DISCOVER | Sep 03 2026 05:58:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14653821 | | Email/Text: bankruptcycourts@equifax.com | Sep 03 2026 02:02:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14653822 | ^ | MEBN | Sep 03 2026 01:55:21 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14653823 | | EDI: IRS.COM | Sep 03 2026 05:58:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14653824 | ^ | MEBN | Sep 03 2026 01:55:48 | Jefferson Health, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14653825 | + | Email/Text: PHILAW@weltman.com | Sep 03 2026 02:02:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14654274 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 02:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14653826 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 02:02:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14653827 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 02:02:00 | Midland Funding, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14653833 | | EDI: PRA.COM | Sep 03 2026 05:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14662716 | | EDI: PRA.COM | Sep 03 2026 05:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14653830 | ^ | MEBN | Sep 03 2026 01:55:40 | Penn Medicine, PO Box 824406, Philadelphia PA 19182-4406 |
| 14653831 | + | Email/Text: bankruptcy@philapark.org | Sep 03 2026 02:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14653835 | + | Email/Text: ngisupport@radiusgs.com | Sep 03 2026 02:02:00 | Radius Global Solutions, LLC, 7831 Glenroy Rd, Ste 250-A, Minneapolis, MN 55439-3117 |
| 14653836 | + | Email/PDF: clerical@simmassociates.com | Sep 03 2026 02:10:16 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14649606 | + | EDI: PRA.COM | Sep 03 2026 05:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653837 | | Email/Text: DASPUBREC@transunion.com | Sep 03 2026 02:02:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Francis X. Cross Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Francis X. Cross Jr.<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–7472<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–13054–amc | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francis X. Cross Jr.

9/1/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**